# Order

Michigan Supreme Court
Lansing, Michigan

March 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149297(33)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

WILLIAM HALL,
       Defendant-Appellant.

SC: 149297
COA: 319050
Kalamazoo CC: 1997-000230-FC

_____/

On order of the Court, the motion for reconsideration of this Court's September 5, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

d0223